MICHAEL N. FEDER (Nevada Bar. No. 7332)
mfeder@lrlaw.com
JOHN L. KRIEGER (Nevada Bar No. 6023)
jkrieger@lrlaw.com
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 fax

Attorneys for Plaintiff ZUFFA, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ZUFFA, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>fightufc.com, ufcbouts.com, ufcsupplements.com, ufcvideo.tv,<br><br>Defendants. | CASE NO. 2:09-cv-00590-JCM-LRL<br><br>**FIRST AMENDED COMPLAINT** |

Pursuant to Fed. R. Civ. P. 15(a), Plaintiff Zuffa, LLC hereby amends its Complaint and alleges as follows:

**NATURE OF THE CASE**

This is an in rem action against the <fightufc.com>, <ufcbouts.com>, <ufcsupplements.com>, and <ufcvideo.tv> domain names (the "Defendant Domain Names") based on the Anti-cybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d). Plaintiff seeks preliminary and permanent injunctive relief and the transfer of the registrations of the Defendant Domain Names.

## JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction over this case pursuant to 28 U.S.C. §§ 1331 and 1338(a).

2. This Court has in rem jurisdiction over the Defendant Domain Names pursuant to 15 U.S.C. § 1125(d) and 28 U.S.C. § 1655 and interpretive case law. Upon information and belief, the Court cannot exercise personal jurisdiction over the registrants of the Defendant Domain Names, as the registrants are located outside of the State of Nevada and/or the registrants' websites are not interactive. As a separate and independent basis for in rem jurisdiction, upon service of this Complaint upon the registrars of the Defendant Domain Names, the registrars will deposit the Defendant Domain Names into the registry of the Court. In addition, the situs of the Defendant Domain Names are, or will be, in this judicial district where the owner of the trademark contained in the Defendant Domain Names is located.

3. Venue is proper in the United States District Court for the District of Nevada under 28 U.S.C. §§ 1391(b) and 1391(c). Venue lies in the unofficial Southern division of this Court.

## PARTIES

4. Plaintiff Zuffa, LLC is a Nevada limited liability company with its principal place of business in Las Vegas, Nevada.

5. Upon information and belief, Defendant Domain Name <fightufc.com> is an Internet domain name registered by Todd Weider, who resides in Ft. Lauderdale, Florida.

6. Upon information and belief, Defendant Domain Name <ufcbouts.com> is an Internet domain name registered by Jonathan Abel, state and country of residence unknown.

7. Upon information and belief, Defendant Domain Name <ufcsupplements.com> is an Internet domain name registered by Jeremiah Knopp, who resides in Bryan, Texas.

8. Upon information and belief, Defendant Domain Name <ufcvideo.tv> is an Internet domain name registered by Digital Mediums, LLC, who resides in Honolulu, Hawaii.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

479354.1

**ALLEGATIONS COMMON TO ALL COMPLAINTS**

9. Zuffa, LLC does business as the Ultimate Fighting Championship® ("UFC®") brand, both registered trademarks. Zuffa is a private company that promotes Mixed Martial Arts ("MMA") contests or exhibitions.

10. MMA contests involve bouts between athletes skilled in the various disciplines of all martial arts including karate, jiu-jitsu, boxing, kick-boxing, grappling, wrestling and other combat sports.

11. The UFC name and logo are trademarks that are owned by Plaintiff and registered on the Principal Register of the United States Patent and Trademark Office, including, among others:

    a. UFC and design: Registration No. 2,706,754 for entertainment services, namely, development, organization and production of competitions, performances and events featuring sports and entertainment; educational services, namely, providing information on the subject of sports and entertainment; and

    b. UFC: Registration No. 2,645,312 for entertainment services, namely production of martial arts competitions, events, and information,

(collectively, the "UFC Marks").

12. These federal trademark registrations have not been abandoned, canceled, or revoked. Moreover, these federal registrations have become incontestable through the filing of Section 8 and 15 affidavits in the Patent and Trademark Office.

13. Since 1993, Plaintiff and its predecessors-in-interest have continuously used the UFC® Marks in connection with advertising and promoting the UFC® brand in the United States and around the world. Plaintiff and its predecessors-in-interest have spent millions of dollars to advertise and promote the UFC® Marks in print, broadcast media, and on the Internet through the UFC® website accessible throughout the United States and around the world at <ufc.com>, among others.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

479354.1

1    14.    Plaintiff televises many of its MMA contests through pay-per-view, cable and satellite television channels within the United States and around the world. In addition, substantial UFC® content, such as UFC® Unleashed, UFC® Fight Night, and UFC® All Access, is featured on the Spike TV cable television channel, a channel that is available in over 90 million U.S. households.

15.    Plaintiff, through its website, offers for sale video downloads of MMA contests through its UFC® Vault service. This download service is an important source of income for Plaintiff.

16.    Plaintiff, through its website, offers free video, audio and photo downloads of certain MMA contests through its multimedia page.

17.    Plaintiff, through its website, offers for sale numerous products including, but not limited to, nutritional supplements, DVDs, books, and apparel. This online store is an important source of income for Plaintiff.

18.    In addition, Plaintiff has made extensive use of the UFC® Marks on, among other things, signage, wearing apparel, souvenirs and promotional materials.

19.    Based on its federal trademark registrations and extensive use, Plaintiff owns the exclusive right to use the UFC® Marks in connection with MMA contests or exhibitions and related goods and services.

20.    The UFC® Marks have become distinctive and famous in the United States and around the world for MMA contests or exhibitions and related goods and services.

21.    On or about February 12, 2007, Todd Weider, upon information and belief, registered the <fightufc.com> domain name with GoDaddy.com, Inc., a registrar of domain names. This domain name contains the UFC® Marks.

22.    On or about June 3, 2007, Jonathan Abel, upon information and belief, registered the <ufcbouts.com> domain name with Melbourne IT, Ltd., a registrar of domain names. This domain name contains the UFC® Marks.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

479354.1

23. On or about July 4, 2007, Jeremiah Knopp, upon information and belief, registered the <ufcsupplements.com> domain name with 1 & 1 Internet AG, a registrar of domain names. This domain name contains the UFC® Marks.

24. On or about June 8, 2007, Digital Mediums, LLC, upon information and belief, registered the <ufcvideo.tv> domain name with GoDaddy.com, Inc., a registrar of domain names. This domain name contains the UFC® Marks.

25. By registering and using the Defendant Domain Names containing Plaintiff's trademarks, the registrants of the Defendant Domain Names were and are attempting to trade on the goodwill of Plaintiff.

26. Upon information and belief, the Defendant Domain Names were registered with the bad faith intent to profit from Plaintiff's marks.

27. The Defendant Domain Names were registered without the consent of Plaintiff.

28. Upon information and belief, the registrants of the Defendant Domain Names have no trademark or other intellectual property rights in the Defendant Domain Names.

29. Upon information and belief, the registrants of the Defendant Domain Names have no prior use of the Defendant Domain Names in connection with the bona fide offering of any goods or services.

30. Upon information and belief, the registrants of the Defendant Domain Names made no bona fide non-commercial or fair use of the Defendant Domain Names in a site accessible under the domain names.

31. Upon information and belief, the registrants of the Defendant Domain Names did not believe or have reasonable grounds to believe that the use of the Defendant Domain Names was a fair use or otherwise lawful.

**COUNT I**
(Cybersquatting
Under the Lanham Act, 15 U.S.C. § 1125(d))

32. Plaintiff incorporates the allegations in the preceding paragraphs as if fully set forth herein.

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

479354.1

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

33. The registrants of the Defendant Domain Names have registered, trafficked in, and/or used domain names that are identical or confusingly similar to Plaintiff's UFC® Marks.

34. Upon information and belief, the registrants of the Defendant Domain Names have or have had a bad faith intent to profit from the UFC® Marks.

35. As a direct and proximate result of such conduct, Plaintiff has suffered and will continue to suffer, monetary loss and irreparable injury to its business, reputation and goodwill.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiff respectfully prays that the Court grant the following relief:

A. A preliminary and permanent injunction requiring the domain name registrar to transfer the registrations of the Defendant Domain Names to Plaintiff; and

B. All other relief to which Plaintiff is entitled.

DATED: May 27, 2009.

LEWIS AND ROCA LLP

By: /s/ John L. Krieger
Michael N. Feder
John L. Krieger
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
(702) 949-8200

Attorneys for ZUFFA, LLC

479354.1

# CERTIFICATE OF SERVICE

Pursuant to Fed. R. Civ. P. 5(b), I certify that on May 27, 2009, I electronically filed the foregoing **FIRST AMENDED COMPLAINT** and this certificate of service with the clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service, and sent by electronic mail, the foregoing paper and this certificate of service to the following defendants:

Todd Weider
1323 SE 17th Street
Ft. Lauderdale, FL 33316
tweider@msn.com

Jonathan Abel
PO Box 99800
Emeryville, CA 94662
contact@myprivateregistration.com

Jeremiah Knopp
3513 Midwest Dr
Bryan, TX 77802
dknopp@averagejoessupplements.com

Digital Mediums LLC
725 Kapiolani Blvd.
Suite C-205
Honolulu, Hawaii 96813
lubuw@digitalmediums.com

---

Olivia Brown Swibies
An employee of Lewis and Roca LLP

Lewis and Roca LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169

479354.1